IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WELLINGTON L. FARMER,

    Petitioner,

vs.                                         CASE NO. 5:08cv292/RS-MD

WALTER A. McNEIL, Secretary of
Department of Corrections,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Second Report and Recommendation (Doc. 31). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Second Report and Recommendation is approved and is incorporated in this Order.

2. Respondent's procedural default defense is rejected. Respondent is directed to file an answer addressing the merits of Petitioner's claim not later than twenty-eight days from the date of this Order.

**ORDERED** on May 14, 2010.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**